IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01051-CMA-MJW

QFA ROYALTIES LLC, and
QIP HOLDER LLC,

Plaintiff(s),

v.

CSV INC.,
SHANKAR POUDEL,
DEMA POUDEL,
RITU JAIN,
RJESH JAIN, and
SANJIV VARSHNEY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference (Docket No. 21) is granted, and the Scheduling Conference set for July 21, 2010, at 9:30 a.m. is vacated.

Date: July 6, 2010